# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAHEEM JEFFERSON BRENNERMAN and BLACKSANDS PACIFIC ENERGY CORPORATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GUARDIAN NEWS & MEDIA LIMITED d/b/a *The Guardian*, and CENTER FOR PUBLIC INTEGRITY d/b/a *International Consortium of Investigative Journalists,* <br><br> Defendants. | Civil Action No. _____ |

## NOTICE OF REMOVAL

                                 ARCHER & GREINER
                                 A Professional Corporation
                                 300 Delaware Avenue
                                 Suite 1370
                                 Wilmington, DE  19801
                                 (302) 777-4350

                                 BY:   Peter L. Frattarelli, Esquire (DE-2871)

Of Counsel:

| | |
|---|---|
| David S. Korzenik, Esquire <br> Miller Korzenik Sommers, LLP <br> 488 Madison Avenue <br> New York, NY  10022 <br> (212) 752-9200 <br> Attorneys for Defendant, Guardian News & Media Limited d/b/a *The Guardian* | Jonathan D. Hart, Esquire <br> David E. Mills, Esquire <br> Cooley LLP <br> 1299 Pennsylvania Avenue, NW <br> Suite 700 <br> Washington, DC  20004 <br> (202) 776-2865 <br> Attorneys for Defendant Center For Public Integrity d/b/a *International Consortium of Investigative Journalists* |

PLEASE TAKE NOTICE that Defendants Guardian News & Media Limited d/b/a *The Guardian* ("Defendant Guardian") and Center For Public Integrity d/b/a *International Consortium of Investigative Journalists* ("Defendant CPI") (collectively, "Defendants") by their attorneys, hereby remove this action from the Superior Court of the State of Delaware, New Castle County, to the United States District Court for the District of Delaware. In support of this Notice of Removal, Defendants state as follows:

1. On or about January 10, 2014, Plaintiffs Raheem Jefferson Brennerman ("Plaintiff Brennerman") and Blacksands Pacific Energy Corporation, Inc. ("Plaintiff Blacksands"), through their attorneys, Seitz, Van Ogtrop & Green, P.A., filed a new cause of action in the Superior Court of Delaware, New Castle County (the "State Action"). A true and correct copy of Plaintiffs' Complaint ("the Complaint") is attached hereto as Exhibit 1.

2. On January 14, 2014, Defendant Guardian was served with and/or otherwise received notice of the Complaint. See Ex. A to Plaintiffs' Amendment to the Complaint filed with the Superior Court on January 23, 2014, pursuant to Delaware's Long Arm Statute, 10 Del. C. § 3104, attached hereto as Exhibit 2 (Relevant portions of Plaintiffs' proof of service as to Defendant Guardian).

3. On January 15, 2014, Defendant CPI was served with and/or otherwise received notice of the Complaint. See Ex. B to Plaintiffs' Amendment to the Complaint filed with the Superior Court on January 23, 2014, pursuant to Delaware's Long Arm Statute, 10 Del. C. § 3104, attached hereto as Exhibit 3 (Plaintiffs' proof of service as to Defendant CPI).

4. This Court has original jurisdiction over this matter under 28 U.S.C. § 1332(a) and thus, it is properly removed under 28 U.S.C. § 1441 in that there is complete diversity of citizenship among all proper parties, as set out below:

      a.      According to the Complaint, Plaintiff Brennerman alleges that he is a resident of Nevada, and therefore, a citizen of Nevada. Plaintiff Brennerman also alleges that he is a citizen of the United Kingdom, which is irrelevant to diversity jurisdiction. See Complaint, ¶6.

      b.      According to the Complaint, Plaintiff Blacksands is incorporated in Delaware and has its principal place of business in California. Accordingly, Plaintiff Blacksands is a citizen of Delaware and California. See Complaint, ¶7.

      c.      Defendant Guardian is incorporated in the United Kingdom and has its principal place of business in the United Kingdom. Accordingly, Defendant Guardian is a citizen of a foreign state, the United Kingdom, pursuant to 28 U.S.C. §1332(c)(1). Further, diversity of citizenship exists between Plaintiffs (citizens of Nevada, and Delaware and California, respectively) and Defendant Guardian (citizen of the United Kingdom) pursuant to 28 U.S.C. §1332(a)(2).

      d.      Defendant CPI is incorporated in Washington, D.C. and has its principal place of business in Washington, D.C. See Complaint, ¶8. Accordingly, Defendant CPI is a citizen of Washington, D.C. pursuant to 28 U.S.C. §1332(c)(1). Further, diversity of citizenship exists between Plaintiffs (citizens of Nevada, and Delaware and California, respectively) and Defendant CPI (citizen of Washington, D.C.) pursuant to 28 U.S.C. §1332(a)(1).

5.      The amount in controversy in this matter exceeds the minimum jurisdictional amount of $75,000.00. In their Complaint, Plaintiffs claim damages to Plaintiffs' businesses, as a result of alleged defamation, in excess of $1,000,000.00. See Complaint, ¶10.

6.  This Notice of Removal is timely under 28 U.S.C. § 1446 because it was filed within 30 days of when Defendants received "through service or otherwise" a copy of the Complaint and because the State Action has been pending for less than one year.

7.  The United States District Court for the District of Delaware is the judicial district embracing the location where Plaintiffs' Complaint was filed and the State Action is pending: Superior Court of Delaware, New Castle County.

8.  Under 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal has been served upon Plaintiffs through their attorney of record, and a copy of this Notice of Removal is contemporaneously being filed with, and noticed to, the Clerk of the Superior Court of Delaware, New Castle County.

WHEREFORE, Defendants hereby remove the above-captioned action from the Superior Court of Delaware, New Castle County, to this Court, and requests that all further proceedings be conducted in this Court, as required by law.

Dated:  February 12, 2014

ARCHER & GREINER
A Professional Corporation
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801
(302) 777-4350

BY:  */s/ Peter L. Frattarelli*
     Peter L. Frattarelli, Esquire (DE-2871)

Of Counsel:

David S. Korzenik, Esquire
Miller Korzenik Sommers, LLP
488 Madison Avenue
New York, NY  10022
(212) 752-9200
Attorneys for Defendants, Guardian News & Media Limited d/b/a *The Guardian*

Jonathan D. Hart, Esquire
David E. Mills, Esquire
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC  20004
(202) 776-2865
Attorneys for the Center For Public Integrity d/b/a *International Consortium of Investigative Journalists*

10718333v1